UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

| | |
|---|---|
| United States of America, ) | Case No. 2:11-CR-0511-CRI |
| ) | |
| v. ) | ORDER |
| ) | |
| GenPhar, Inc. ) | |
| ) | |
| Defendant. ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Gordon C. Rhea who represents GenPhar, Inc.

☑ Be **granted** admission *pro hac vice* in this case.

☐ Be **denied** admission *pro hac vice* in this case.

___11/9/11___
Date

_____
United States District Magistrate Judge